UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33, Suite 112
Neptune, NJ 07753
(732)988-1500 – Telefax (732) 775-7404
Attorney for Debtor(s)

In Re:

JOHN & DOREEN McHALE

Case No.: 12-27513

Adv. No.:

Hearing Date: 11/13/12 @ 10:00 a.m.

Judge: Kathryn C. Ferguson

**ORDER FOR DAMAGES, COSTS, ATTORNEY'S FEES AND SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

Debtor: **JOHN & DOREEN McHALE**
Case No.: **12-27513**
Caption of Order: **ORDER FOR DAMAGES, COSTS, ATTORNEY'S FEES AND SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY AND CO-DEBTOR STAY**
Page 2

*THIS MATTER,* being opened to the Court upon the Motion of William H. Oliver, Jr., Esq., attorney for debtor(s), for an Order for damages, costs, attorney's fees and sanctions for violation of the automatic stay, and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED**, that William L. Huneke, Esq. and Somerset Meadows Homeowners Association be held in violation of the automatic stay and that they pay damages in the amount of $_____, attorney's fees in the amount of $_____, and punitive damages in the amount of $_____; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all interested parties within ____ days of the entry of this Order.